**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MONICA CARAFFA,** ***for herself and others similarly situated*** <br> **Plaintiff,** <br> **v.** <br> **TD BANK, N.A.** <br> **Defendant.** | **CIVIL ACTION NO. 24-2214** |

**ORDER**

**AND NOW**, this 21st day of August 2024, Plaintiff having filed an amended complaint, it is hereby **ORDERED** that Defendant's Motion to Dismiss [Doc. No. 15] is **DISMISSED AS MOOT**.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**