**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MONICA CARAFFA, for herself and others similarly situated, | : |
| | : |
| | : CIVIL ACTION |
| *Plaintiff*, | : NO. 2:24-cv-02214 |
| | : |
| vs. | : |
| | : |
| TD BANK, N.A. | : |
| | : |
| *Defendant*. | : |

**DEFENDANT'S MOTION TO DISMISS**
**PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant TD Bank, N.A. ("**TD Bank**") respectfully moves this Court for an order dismissing Plaintiff Monica Caraffa's First Amended Putative Class Action Complaint. TD Bank relies on and incorporates by reference its Memorandum of Law filed contemporaneously, and any oral argument that may be held.

Defendant TD Bank, N.A. respectfully requests oral argument on this motion.

Date: September 27, 2024

Respectfully submitted,

/s/ *Michael S. Zullo*
Michael S. Zullo
J. Colin Knisely
Katherine R. Lynch
**Duane Morris LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
MSZullo@duanemorris.com
CKnisely@duanemorris.com
KRLynch@duanemorris.com
Telephone: +1 215 979 1000
Fax: +1 215 979 1020

*Attorneys for Defendant TD Bank, N.A.*