**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MONICA CARAFFA, for herself and others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>TD BANK, N.A.<br><br>*Defendant*. | CIVIL ACTION<br>NO. 2:24-cv-02214 |

**DEFENDANT'S MOTION FOR RECONSIDERATION**
**OR, IN THE ALTERNATIVE, CLARIFICATION**
**OF THE COURT'S RULING ON TD BANK'S MOTION TO DISMISS**

Pursuant to Eastern District of Pennsylvania Local Rule 7.1(g) and the Court's inherent power to reconsider its rulings, Defendant TD Bank, N.A. ("**TD Bank**") respectfully moves this Court to reconsider or clarify its Order denying TD Bank's Motion to Dismiss Plaintiff's First Amended Complaint. TD Bank relies on and incorporates by reference its Memorandum of Law filed contemporaneously, and any oral argument that may be held. TD Bank requests that the Court hold oral argument on this Motion.

Date: August 25, 2025

**DUANE MORRIS LLP**
/s/ *Michael S. Zullo*
Michael S. Zullo
J. Colin Knisely
Aleksander W. Smolij
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
MSZullo@duanemorris.com
CKnisely@duanemorris.com
AWSmolij@duanemorris.com
Telephone: +1 215 979 1000
*Attorneys for Defendant TD Bank, N.A.*