**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MONICA CARAFFA, for herself and others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>TD BANK, N.A.<br><br>*Defendant*. | CIVIL ACTION<br>NO. 2:24-cv-02214 |

**TD BANK, N.A.'S ANSWER AND AFFIRMATIVE DEFENSES**
**TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

TD Bank, N.A. ("***TD Bank***") files this Answer and Affirmative Defenses to the First Amended Complaint of Plaintiff Monica Caraffa ("***Plaintiff***" or "***Caraffa***"), and submits the following answers to each separate Paragraph of the Amended Complaint:

**NATURE OF THE ACTION**

1. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph.

2. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph, and denies that it has procured third parties to intercept the "nonpublic personal information" of visitors to its website.

**JURISDICTION AND VENUE**

3. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph.

4. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph.

5. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph.

## THE PARTIES

***Plaintiff Caraffa***

6. TD Bank lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph, and those allegations are denied. By way of further response, this Paragraph characterizes a website that speaks for itself, and TD Bank denies any characterizations thereof. TD Bank also denies that it procured third parties to intercept Plaintiff's "nonpublic personal information."

***Defendant***

7. Denied as stated. By way of further response, TD Bank admits that it is a national banking association, organized and existing under the laws of the United States of America and has designated Wilmington, DE as its main office in its articles of association.

## FACTUAL ALLEGATIONS

### I. The Pennsylvania Wiretapping and Electronic Surveillance Control Act

8. Denied. This Paragraph states legal conclusions to which no response is required. Further, the Pennsylvania Wiretapping and Electronic Surveillance Control Act ("WESCA") speaks for itself, and TD Bank denies all characterizations of the statute.

9. Denied. This Paragraph states legal conclusions to which no response is required. Further, WESCA speaks for itself, and TD Bank denies all characterizations of the statute.

10. Denied. This Paragraph states legal conclusions to which no response is required. Further, WESCA speaks for itself, and TD Bank denies all characterizations of the statute.

11. Denied. This Paragraph states legal conclusions to which no response is required. Further, WESCA speaks for itself, and TD Bank denies all characterizations of the statute.

12. Denied. This Paragraph states legal conclusions to which no response is required. Further, WESCA speaks for itself, and TD Bank denies all characterizations of the statute.

13. Denied. This Paragraph states legal conclusions to which no response is required. Further, WESCA speaks for itself, and TD Bank denies all characterizations of the statute.

14. Denied. This Paragraph states legal conclusions to which no response is required. Further, WESCA speaks for itself, and TD Bank denies all characterizations of the statute.

## II. The Gramm-Leach-Biley Act

15. Denied. This Paragraph states legal conclusions to which no response is required. Further, this Paragraph references the intention of Congress without any supporting legal citation, and TD Bank denies Plaintiff's characterization of Congress' intentions.

16. Denied. This Paragraph states legal conclusions to which no response is required. Further, the referenced Code of Federal Regulations section speaks for itself, and TD Bank denies all characterizations of the regulations.

17. Denied. This Paragraph states legal conclusions to which no response is required. Further, the referenced Code of Federal Regulations section speaks for itself, and TD Bank denies all characterizations of the regulations.

18. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph. Further, the GLBA does not create a private right of action.

19. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph. Further, TD Bank denies that an individual's general interactions with a public website are per-se "confidential."

20. Denied for the following reasons. First, this Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph. Second, TD Bank denies that an individual's general interactions with a public website are per-se "confidential." Third, TD Bank is without information or knowledge to admit or deny the allegations concerning the sort of information each individual shares with the TD Bank website.

21. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph. Further, TD Bank denies that all information shared with a public website of a financial institution is per-se "confidential."

22. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph. Further, TD Bank denies that all information shared with a public website of a financial institution is per-se "confidential."

## III. The Third Parties, as Enabled by Defendant, Wiretap Pennsylvanians' Communications, in Violation of WESCA

### A. Overview of the Third Parties' Tracking Technologies

23. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph.

24. Denied. This Paragraph states legal conclusions to which no response is required. This Paragraph also refers to a website, the text of which speaks for itself. TD Bank denies any characterizations of that website. Further, TD Bank denies the allegations in this paragraph because they concern and characterize the technology and activity of a third-party and TD Bank is without information or belief admit or deny these allegations.

25. Denied. This Paragraph refers to a website, the text of which speaks for itself. TD Bank denies any characterizations of that website. Further, TD Bank denies the allegations in this paragraph because they concern and characterize the technology and activity of a third-party and TD Bank is without information or belief admit or deny these allegations.

26. Denied. This Paragraph refers to a website, the text of which speaks for itself. TD Bank denies any characterizations of that website. Further, TD Bank denies the allegations in this paragraph because they concern and characterize the technology and activity of a third-party and TD Bank is without information or belief admit or deny these allegations.

27. Denied. This Paragraph refers to a website, the text of which speaks for itself. TD Bank denies any characterizations of that website. Further, TD Bank denies the allegations in this paragraph because they concern and characterize the technology and activity of a third-party and TD Bank is without information or belief admit or deny these allegations.

28. Denied. This Paragraph refers to a website, the text of which speaks for itself. TD Bank denies any characterizations of that website. Further, TD Bank denies the allegations in this paragraph because they concern and characterize the technology and activity of a third-party and TD Bank is without information or belief admit or deny these allegations.

29. Denied. This Paragraph states legal conclusions to which no response is required. This Paragraph also refers to a website, the text of which speaks for itself. TD Bank denies any

characterizations of that website. Further, TD Bank denies the allegations in this paragraph because they concern and characterize the technology and activity of a third-party and TD Bank is without information or belief admit or deny these allegations.

30. Denied. This Paragraph states legal conclusions to which no response is required. This Paragraph also refers to a website, the text of which speaks for itself. TD Bank denies any characterizations of that website. Further, TD Bank denies the allegations in this paragraph because they concern and characterize the technology and activity of a third-party and TD Bank is without information or belief admit or deny these allegations.

31. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph. Further, TD Bank denies the allegations in this paragraph because they concern and characterize the technology and activity of a third-party and TD Bank is without information or belief admit or deny these allegations.

**B. Defendant Enable Adobe, Google, and Meta to Wiretap the Website**

**1. Adobe**

32. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph. Further, the code speaks for itself and TD Bank denies Plaintiff's characterizations of the technology and its implementation on the TD Bank website. TD Bank also denies that the allegations in this paragraph relate to Plaintiff because they refer to a hypothetical "Website user."

33. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph. Further, the code speaks for itself and TD Bank denies Plaintiff's characterizations of the technology and

its implementation on the TD Bank website. TD Bank also denies that the allegations in this paragraph relate to Plaintiff because they refer to a hypothetical "Website user."

34. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph. Further, the code speaks for itself and TD Bank denies Plaintiff's characterizations of the technology and its implementation on the TD Bank website. TD Bank also denies that the allegations in this paragraph relate to Plaintiff because they refer to a hypothetical "Website user."

35. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph. Further, the code speaks for itself and TD Bank denies Plaintiff's characterizations of the technology and its implementation on the TD Bank website. TD Bank also denies that the allegations in this paragraph relate to Plaintiff because they refer to a hypothetical "Website user."

36. TD Bank lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph, and those allegations are denied. By way of further response, this Paragraph refers to unknown "testing" of TD Bank's website, but does not provide any context on when this testing was conducted or what web pages were tested.

**2. Google**

37. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph. Further, the code speaks for itself and TD Bank denies Plaintiff's characterizations of the technology and its implementation on the TD Bank website. TD Bank also denies that the allegations in this paragraph relate to Plaintiff because they refer to a hypothetical "Website user."

38. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph. Further, the code speaks for itself and TD Bank denies Plaintiff's characterizations of the technology and its implementation on the TD Bank website. TD Bank also denies that the allegations in this paragraph relate to Plaintiff because they refer to a hypothetical "Website user."

39. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph. Further, the code speaks for itself and TD Bank denies Plaintiff's characterizations of the technology and its implementation on the TD Bank website. TD Bank also denies that the allegations in this paragraph relate to Plaintiff because they refer to a hypothetical "Website user."

40. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph. Further, the code speaks for itself and TD Bank denies Plaintiff's characterizations of the technology and its implementation on the TD Bank website. TD Bank also denies that the allegations in this paragraph relate to Plaintiff because they refer to a hypothetical "Website user."

**3. Meta**

41. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph. Further, the code speaks for itself and TD Bank denies Plaintiff's characterizations of the technology and its implementation on the TD Bank website. TD Bank also denies that the allegations in this paragraph relate to Plaintiff because they refer to a hypothetical "Website user."

42. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph. Further,

the code speaks for itself and TD Bank denies Plaintiff's characterizations of the technology and its implementation on the TD Bank website. TD Bank also denies that the allegations in this paragraph relate to Plaintiff because they refer to a hypothetical "Website user."

43. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph. Further, the code speaks for itself and TD Bank denies Plaintiff's characterizations of the technology and its implementation on the TD Bank website. TD Bank also denies that the allegations in this paragraph relate to Plaintiff because they refer to a hypothetical "Website user."

44. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph. Further, the code speaks for itself and TD Bank denies Plaintiff's characterizations of the technology and its implementation on the TD Bank website. TD Bank also denies that the allegations in this paragraph relate to Plaintiff because they refer to a hypothetical "Website user."

## IV. The Third Parties Use Pennsylvanians' Data for their Own Purposes

45. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph. Further, TD Bank denies the allegations in this paragraph because they concern the acts and intentions of third parties and TD Bank is without information or knowledge to respond to these allegations.

46. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph. Further, TD Bank denies the allegations in this paragraph because they concern the acts and intentions of third parties and TD Bank is without information or knowledge to respond to these allegations.

47. Denied. This Paragraph refers to a document, the text of which speaks for itself. TD Bank denies any characterization of that document. Further, TD Bank denies the allegations in this paragraph to the extent they characterize writings that speak for themselves and because they concern the acts and intentions of third parties and TD Bank is without information or knowledge to respond to these allegations.

48. Denied. This Paragraph refers to a document, the text of which speaks for itself. TD Bank denies any characterization of that document. Further, TD Bank denies the allegations in this paragraph because they concern the acts and intentions of third parties and TD Bank is without information or knowledge to respond to these allegations.

49. Denied. This Paragraph refers to a document, the text of which speaks for itself. TD Bank denies any characterization of that document. Further, TD Bank denies the allegations in this paragraph because they concern the acts and intentions of third parties and TD Bank is without information or knowledge to respond to these allegations.

50. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph.

**V. Defendant Never Received Users' Consent to Disclose their Communications**

51. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph. Further, TD Bank denies that an individual's general interactions with a public website qualify as "nonpublic personal information."

52. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph.

53. Denied. This Paragraph refers to documents, the text of which speak for themselves. TD Bank denies any characterization of those documents.

54. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph. Further, TD Bank denies the allegations in this paragraph because they concern the acts and intentions of third parties and TD Bank is without information or knowledge to respond to these allegations.

55. Denied. This Paragraph refers to documents, the text of which speak for themselves. TD Bank denies any characterization of those documents. Further, TD Bank denies the allegations in this paragraph because they concern the acts and intentions of third parties and TD Bank is without information or knowledge to respond to these allegations.

56. Denied. This Paragraph refers to documents, the text of which speak for themselves. TD Bank denies any characterization of those documents. Further, TD Bank denies the allegations in this paragraph because they concern the acts and intentions of third parties and TD Bank is without information or knowledge to respond to these allegations.

57. Denied. This Paragraph refers to a document, the text of which speaks for itself. TD Bank denies any characterization of that document. Further, TD Bank denies the allegations in this paragraph because they concern the acts and intentions of third parties and TD Bank is without information or knowledge to respond to these allegations.

58. Denied. This Paragraph refers to a document, the text of which speaks for itself. TD Bank denies any characterization of that document. Further, TD Bank denies the allegations in this paragraph because they concern the acts and intentions of third parties and TD Bank is without information or knowledge to respond to these allegations.

59. Denied. This Paragraph refers to a document, the text of which speaks for itself. TD Bank denies any characterization of that document. Further, TD Bank denies the allegations in this paragraph because they concern the acts and intentions of third parties and TD Bank is without information or knowledge to respond to these allegations.

60. Denied. This Paragraph refers to a document, the text of which speaks for itself. TD Bank denies any characterization of that document. Further, TD Bank denies the allegations in this paragraph because they concern the acts and intentions of third parties and TD Bank is without information or knowledge to respond to these allegations.

61. Denied. This Paragraph refers to a document, the text of which speaks for itself. TD Bank denies any characterization of that document. Further, TD Bank denies the allegations in this paragraph because they concern the acts and intentions of third parties and TD Bank is without information or knowledge to respond to these allegations.

62. Denied. This Paragraph refers to a document, the text of which speaks for itself. TD Bank denies any characterization of that document. Further, TD Bank denies the allegations in this paragraph because they concern the acts and intentions of third parties and TD Bank is without information or knowledge to respond to these allegations.

63. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph.

## CLASS ACTION ALLEGATIONS

64. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph. By way of further response, TD Bank denies that Plaintiff's class definition is an appropriately defined class for a class action under Federal Rule of Civil Procedure 23.

65. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph.

66. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph.

67. **Numerosity**: Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph. TD Bank also denies that the purported class, as defined by Plaintiff, is ascertainable.

68. **Commonality and Predominance**: Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph. TD Bank further denies that common questions of fact and law exists as to all members of the purported class because the issues in this case require an individualized examination of, among other things, where each purported class member was located when it accessed the TD Bank website, when each purported class member accessed the website, the nature of the interaction, and the specific information each individual shared with the TD Bank website that was allegedly intercepted by a third party, and which third party allegedly intercepted the information.

69. **Typicality**: Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph. TD Bank further denies that common questions of fact and law exists as to all members of the purported class because the issues in this case require an individualized examination of, among other things, where each purported class member was located when it accessed the TD Bank website, when each purported class member accessed the website, the nature of the interaction, and the specific information each individual shared with the TD Bank

website that was allegedly intercepted by a third party, and which third party allegedly intercepted the information.

70. **Adequate Representation:** Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph.

71. **Superiority**: Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph. TD Bank further denies that common questions of fact and law exists as to all members of the purported class because the issues in this case require an individualized examination of, among other things, where each purported class member was located when it accessed the TD Bank website, when each purported class member accessed the website, the nature of the interaction, and the specific information each individual shared with the TD Bank website that was allegedly intercepted by a third party, and which third party allegedly intercepted the information.

## CLAIMS FOR RELIEF

### COUNT I
### Violation of the Pennsylvania Wiretapping and Electronic Surveillance Control Act 18 Pa. Cons. Stat. § 5701, *et seq*.

72. TD Bank incorporated by reference its responses to Paragraphs 1-71 as if set forth fully herein.

73. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph.

74. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph.

75. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph.

76. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph.

77. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph.

78. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph.

79. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph.

80. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph.

81. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph.

82. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph.

83. Denied. This Paragraph states legal conclusions to which no response is required. To the extent a response is required, TD Bank denies the allegations of this Paragraph.

**WHEREFORE**, TD Bank demands judgment in its favor and dismissal of Plaintiff's Complaint with an award of costs, attorneys' fees and such other relief as this Court may deem appropriate.

## AFFIRMATIVE DEFENSES

**FIRST AFFIRMATIVE DEFENSE**
**(Failure to State a Claim)**

Plaintiff fails to state a claim upon which relief can be granted

**SECOND AFFIRMATIVE DEFENSE**
**(Other Parties)**

Plaintiff's damages, if any, were caused by a party other than TD Bank.

**THIRD AFFIRMATIVE DEFENSE**
**(Laches)**

Plaintiff's claims for relief are barred, in whole or in part, by the doctrine of laches.

**FOURTH AFFIRMATIVE DEFENSE**
**(Unclean Hands)**

Plaintiff's claims for relief are barred, in whole or in part, by the doctrine of unclean hands.

**FIFTH AFFIRMATIVE DEFENSE**
**(No Damages)**

Plaintiff has not suffered any cognizable damages and therefore is not entitled to any relief.

**SIXTH AFFIRMATIVE DEFENSE**
**(Consent)**

Plaintiff took actions that consented to collection of her information.

**SEVENTH AFFIRMATIVE DEFENSE**
**(No Expectation of Privacy)**

Plaintiff had no reasonable expectation of privacy when she visited the public website and knew, or should have known that her interactions with the website could be viewed by others.

**EIGHTH AFFIRMATIVE DEFENSE**
**(No Personal Information Was Shared)**

Plaintiff never disclosed personal information during her visit to the TD Bank website and none of her personal information was intercepted.

**NINTH AFFIRMATIVE DEFENSE**
**(Failure to Name and/or Join Required Parties)**

Plaintiff's claims are barred for failure to name and/or join required parties.

**RESERVATION OF RIGHTS**

TD Bank reserves its right to supplement this Answer with additional affirmative defenses that become known as a result of discovery or further investigation. TD Bank also reserves its right to raise any counterclaims, cross-claims, and third-party claims.

**WHEREFORE**, TD Bank demands judgment in its favor and dismissal of Plaintiff's Complaint with an award of costs, attorneys' fees and such other relief as this Court may deem appropriate.

Date: September 25, 2025

**DUANE MORRIS LLP**

/s/ *Michael S. Zullo*
Michael S. Zullo
J. Colin Knisely
Aleksander W. Smolij
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
MSZullo@duanemorris.com
CKnisely@duanemorris.com
AWSmolij@duanemorris.com
Telephone: +1 215 979 1000
Fax: +1 215 979 1020

*Attorneys for Defendant TD Bank, N.A.*